679 A.2d 1262

**Linda Parisano DALRYMPLE, Petitioner,**

**v.**

**Eugene BROWN, Respondent.**

Supreme Court of Pennsylvania.

July 24, 1996.

*ORDER*

PER CURIAM:

AND NOW, this 24th day of July, 1996, the Petition for Allowance of Appeal is hereby GRANTED, limited to the issue of whether psychological repression of a traumatic event, which is allegedly only recalled *after* the statute of limitations has run, should be recognized in Pennsylvania.